# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO VARGAS HERNANDEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>            Defendants._____/ | CASE NO. 1:11-CV-01373-DLB PC<br><br>ORDER STRIKING COMPLAINT AS UNSIGNED (DOC. 1)<br><br>RESPONSE DUE WITHIN TEN DAYS |

Plaintiff Alejandro Vargas Hernandez is a federal prisoner proceeding pro se in this civil rights action. On August 18, 2011, Plaintiff filed a civil rights complaint with this Court. The complaint was unsigned.

The Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a). Accordingly, it is HEREBY ORDERED that Plaintiff's complaint is STRICKEN as unsigned. The Clerk of the Court is directed to return Plaintiff's complaint to Plaintiff. Plaintiff will be granted ten (10) days from the date of service of this order in which to file a signed, amended complaint. Failure to do so in a timely manner will result in dismissal of this action.[1]

IT IS SO ORDERED.

Dated: **August 23, 2011**            **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Court suspects that Alejandro Hernandez is not the true Plaintiff in this action.

1